Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Doe/LBRRN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE/LBRRN,<br><br>    Movant,<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY of the UNITED STATES<br><br>    Respondent. | Case No.: ____<br><br>**DECLARATION OF LBRRN** |

I, Doe/LBRRN, declare as follows:

1. I am Doe/LBRRN in this action. I am a human rights activist who documents immigration enforcement activity to protect civil liberties and public safety. I am deeply motivated by a personal need and desire to serve and protect my community, especially vulnerable populations who are often targeted or silenced. I share the expectation of most Americans that law enforcement officers will identify themselves and act transparently. By documenting enforcement activity, I seek to create a factual record, protect vulnerable community members, and ensure accountability when constitutional or statutory rights may be violated. Moreover, whether or not the conduct I document is illegal, I believe that it is wrong and I wish to advocate and mobilize public opposition to ICE/CBP policies and conduct. Because of these strongly held beliefs that these ICE/CBP raids are illegal and immoral, I often characterizes them as kidnappings, assaults, terrorizing, traumatizing and so forth.

2. I am part of network of similar-minded activists who similarly document ICE/CBP conduct and mobilize public opposition. I have has created a page on Instagram -- [LBRRN (@longbeachrapidresponse) • Instagram photos and videos](#)[1] – on which I post documentation, videos, criticism, and calls to public action concerning the ICE/CBP raids and sweeps in Long Beach. Attached hereto as ***Exhibit A*** is a printout of the landing page for the LBRRN Instagram account. The various posts on her Instagram page contain images and montages, including videos of public raids, and documenting the circumstances surrounding each detention. The information I gather and post is intended to provide a factual record that can be used by attorneys and community members to seek justice and hold government actors accountable. These were not necessarily created by LBRRN, but may have been shared from other Instagram accounts. An Instagram post may list the poster and other "collaborators" who have shared that post on their own Instagram account  Instagram also enables other Instagram users viewing a post to leave comments.

3. My posts include documentation of ICE/CBP misconduct. For example, one of LBRRN's posts concerns a raid in Long Beach at the Bixby Knolls car wash. The LBRRN page

---

[1] The N in LBRRN stands for network. There is in fact a group of community activists that associate under that name (including myself), but for purposes of this declaration I will use the term LBRRN to refer to myself as the person that controls the Instagram account called LBRRN (or longbeachrapidresponse).

Declaration of LBRRN

1. contains a link to a video on another Instagram site created by another activist at https://www.instagram.com/stopicenet/p/DOkSHXGEVna/. I attach as **Exhibit B** a printout of the webpage showing that video. The posted video shows the car wash business manager telling the masked government agent that the person he is arresting "is a resident, he has papers." The video shows the arrestee holding documents in his hand (with his hat) behind his back, because he has been handcuffed. The agent takes the documentation, declines to look at it, and hustles the arrestee into his vehicle. The agent says, "we're going to check, and if he's good, we'll bring him back." (See Koltun Declaration for more information about this person). Although his documents were taken from him and never returned, he fortunately had taken a picture of them. (See Koltun Declaration). Taking such pictures of legal documents is something that the community activists have been training people to do, because of the risk that ICE/CBP will confiscate such documents.

4. One of the things that I and other community activists have been doing is to identify the government agents who have been conducting these raids while wearing masks and otherwise concealing their identities and refusing to explain what they are doing. One of the government agents I and my collaborators and sources have identified is Officer Simeon, the subject of the subpoena at issue. Although Officer Simeon has usually conducted raids wearing a mask and a uniform that does not have a nametag, he could be identified because he persisted in his habit of wearing a wearing a distinctive green scarf around his neck or over his face. Based on publicly available documents, one can compare images of him conducting raids while masked (wearing the scarf), with other pictures or images in which he showed his face and/or wore a uniform with a nametag. Indeed, on one occasion his name during a raid, making that information available to anyone observing his official actions in public. One can also trace Officer Simeon's prior history as a law enforcement agent. This information was obtained from lawful and publicly available sources, including videos and materials published by the Customs and Border Protection website, as well as videos produced by other journalists documenting raids and ICE activity.

5. I posted a montage that identified Officer Simeon, showing images and videos with his face and or nametag exposed, often wearing the identifying green scarf. I attach as **Exhibit C** a copy of a printout of the page on my Instagram account where that video can be found. It is at

1  https://www.instagram.com/p/DOIBbNukZyN/.  The montage does not involve any private
2  communications, personal devices, or confidential records, nor were any such used to identify him.
3  Indeed much of the montage consists of images or videos of Simeon publicly participating in raids.
4  The montage ends with an image in the format of a poster, which reads as follows:

> WARNING
>
> SUSPECTED KIDNAPPER/TERRORIST
>
> [Still images of Simeon, from montage]
>
> Los Angeles, CA    #GeorgySimeon
>
> Georgy Simeon, Border Patrol Agent, El Centro Sector (ELC)
> Hometown: Brawley, CA
> From: Coving GA/Atlanta GA
> Formerly with Atlanta PD's A.P.E.X. Unit
>
> [Images of Simeon, with the following captions]
>
> Joined CBP 2021   Playa Vista 6/29   Downey, 8/27
>
> Disclaimer: This is a community warning only. All info is from public sources and may be incomplete or inaccurate. We make no legal claims as to guilt. We condemn all threats, violence, harassment, or sharing private info including addresses phone numbers or family member info. The First Amendment protextfor text documentation of suspected official misconduct.
>
> DO NOT APPROACH OR ATTEMPT TO APPREHEND THIS INDIVIDUAL.

18  I attach a copy of a printout of that poster as **Exhibit D.**.[2]  Next to this "poster," I posted a comment
19  that began "Let's welcome Georgie Simeon to the wall of shame."  That comment is on Exhibit C.[3]  If
20  one were looking at this post on your celphone, one would be able to enlarge it to make it more
21  legible.  I did not encourage any violence against Simeon nor have I ever encouraged violence against
22  any government agent, or indeed against anyone.

---

[2] The "poster" is initially shown in the montage in English, and then, as the montage proceeds, it is translated into the languages of various immigrant communities in Long Beach: Spanish, Chinese, Vietnamese, Cambodian and Tagalog.

[3] My comment mocks Simeon's "poor OpSec" – Operational Security – in that he had tried to conceal his identity but failed. The comment refers to Terminal Island, a detention facility where the agents are gathering before raids, and the fact that the agents are all staying in a hotel in Long Beach. Community activists have been staging continual protests at that hotel.

Joshua Koltun ATTORNEY

6. I and other community activists, including my Instagram "collaborators," post their information, criticisms, and calls to public action anonymously. This anonymity is essential to enable us to work and associate without fear of retaliation or interference by the government or by others who oppose their views on ICE/CBP conduct. Given the aggressive conduct and positions the government has taken towards all dissent, and in particular those who are documenting government conduct, I and the other the community activists are quite reasonably concerned about the repercussions if the government (or supporters of the government) were to learn our identities. Among other things, we fear that if our identities were disclosed, the government will make good on its threat to prosecute us. We feel that the prosecutions, would be frivolous, but would nevertheless be extremely burdensome. Moreover, I have greatly benefited from the assistance of confidential sources who have provided me with information and documentation that was essential to her own reporting and documentation if ICE/CBP conduct. I believe that such confidential sources of information would promptly dry up if the government were to succeed in stripping me of my anonymity. Potential confidential sources would quite reasonably infer that they themselves were at risk of having the government strip them of their own anonymity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____ [signature redacted]

Executed on September 19, 2025 at _____[place redacted].

*I attest that I have on file a copy of the original signed version of this Declaration. I have redacted identifying information herein to avoid prejudice to the First Amendment right of the Declarant to anonymity.*

Dated: September 19, 2025                               \_\_\_\_\_\s\_____
                                                        Joshua Koltun
                                                        Attorney for Doe/LBRRN