EXHIBIT A

longbeachrapidresponse



longbeachrapidresponse •••

Follow

**LBRRN**
🚨 Long Beach Rapid Response
✊🏾 Community defense
💻 Report Sightings to StopICE.net
📞 Unión del Barrio: 213-444-6562... more
🔗 gofund.me/915930f34

| 19 posts | 3,342 followers | 204 following |



5,694   398




longbeachrapidresponse



EXHIBIT B



**stopicenet** and **3 others**
Long Beach, California

**stopicenet** Edited • 5d
Dozens of masked agents showed up at Bixby Car Wash this morning in Long Beach and kidnapped 5 people. @longbeachrapidresponse noticed a large convoy of masked "agents" descending onto the car wash and quickly alerted the community.

In the video you can hear people telling the agents they are legal residents, the agents then say "Okay, we'll check", cuff them, put them into the vehicle and drive off.

**5,725 likes**
5 days ago

Add a comment...

More posts from stopicenet





https://www.instagram.com/stopicenet/p/DOkSHXGEVna/    1/2










EXHIBIT C



EXHIBIT D





