Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Doe/LBRRN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE/LBRRN,<br><br>        Movant,<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY of the UNITED STATES<br><br>        Respondent. | Case No.: ____<br><br>**DECLARATION OF JOSHUA KOLTUN** |

I, Joshua Koltun, declare as follow

1. I am counsel for Doe/LBRRN in this action.

2. I attach as **Exhibit A** an article that was published in the *San Francisco Chronicle* on September 16, 2025, entitled *I'm a U.S. citizen who was wrongly arrested and held by ICE. Here's why you could be next.*

3. I attach as **Exhibit B** a letter that numerous Senators and Congressment sent on August 8, 2025 to the Inspector General of DHS, the Ombudsman if the Office of Immigration Detention at DHS, and the Acting Officer for Civil Rights and Civil Liberties at DHS.

4. I attach as **Exhibit C** an article published by the American Prospect on August 28, 2025 entitled *Masked and Unidentifiable: the Risks of Federal Law Enforcement Operating Without Identification*.

5. I attach as **Exhibit D** an Associated Press article published September 12, 2025, entitled *California lawmakers pass bill barring authorities from wearing face masks*.

6. I have spoken to the lawyers for the arrested individual, Jose Jesus Rodriguez Torres, who have confirmed that he is the person in the video of the raid at Bixby Knolls carwash. The confirmed that he had applied for a U-Visa (i.e. for victims of crime). Because there is a limited number of U-visas available at the moment, but Rodriguez-Torres had made a prima facie case of eligibility, the government gave him a work visa while his application was pending. This was confirmed by the ICE Notice of Action in his case that they provided me, which I attach as **Exhibit E.** Although these documents were taken from him by the arresting agent and were never returned to him, Mr. Rodrigues Torres had taken a picture of the documents, which I attach as **Exhibit F.** Since in fact he had used an attorney to obtain legal status, his attorney also retained copies of the relevant documents. Mr. Rodriguez Torres remains in custody as his immigration lawyers struggle to learn why he was detained and to persuade the authorities to release him and let him go back to work.

7. I attach as **Exhibit G** a copy if an article published in *The American* Prospect on September 9, 2025 entitled *DHS Claims Videotaping ICE Raids is 'Violence.'*

8. I attach as **Exhibit H** a redacted subpoena that Meta emailed to one of the other "collaborators" that had shared the Simeon Montage posted by LBRRN, together with a notice from

its "Law Enforcement Response Team" that Meta has "received legal process from law enforcement seeking information about your Instagram account," and "that if we do not receive a copy of documentation that you have filed in court challenging this legal process within ten 10 days, we will respond to the requesting agency with information about the requested Instagram account." *Id.* A later message stated "Please provide us with a file stamped copy of your motion to quash by 9/19/2025." I attach as **Exhibit I** a differently-redacted copy of that subpoena that Meta's outside counsel emailed me today. After working with Meta's counsel, we confirmed that the reason LBRRN did not receive the same notice as the other two Does who have filed motions to quash relates to a technical difficulty with LBRRN's account. Meta's counsel confirmed to me that Meta has not yet released any information about LBRRN, that I could have at least until midnight tonight to file a motion to quash, and that I could transmit the copy of the filed motion to Meta through outside counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Francisco California on September 19, 2025

  _____/s/_____
        Joshua Koltun