UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE/LBRRN,<br><br>        Movant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Respondent. | Case No. 25-mc-80288-AGT<br><br>**ORDER RE: MOTION TO QUASH**<br><br>Re: Dkt. No. 6 |

    Movant LBRRN seeks to quash an administrative immigration enforcement subpoena issued to Meta Platforms, Inc. (Meta) by the Department of Homeland Security on or around September 3, 2025. Dkt. 6. Pending resolution of this motion, the Court now orders Meta not to produce the requested information without further order of the Court. LBRRN is ordered to serve a copy of this order on Meta by any means reasonably calculated to provide notice.

    **IT IS SO ORDERED.**

Dated: September 24, 2025

_____
Alex G. Tse
United States Magistrate Judge