Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 1400, No. 2544
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Doe/LBRRN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE/LBRRN,<br><br>         Movant,<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY of the UNITED STATES<br><br>         Respondent. | Case No.: 3:25-mc-80288-AGT<br><br>**PROOF OF SERVICE** |

I, Joshua Koltun, declare as follows:

On September 25, 2025, I served respondent United States Department of Homeland Security with the following documents in this matter:

D.E. 6 Corrected Motion to Quash

D.E. 2 LBRRN Declaration

D.E. 3 Koltun Declaration

D.E. 4 [Proposed] Order re Motion to Quash

D.E. 7 Order re Motion to Quash

by mailing the documents by certified mail to:

U.S. Department
   of Homeland Security
Office of General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington D.C. 20528-0485

   and

Craig H. Missakian
U.S. Attorney for the
   Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

I also served Meta Platforms, Inc. with a copy of D.E. 7 Order re Motion to Quash on September 24, 2025 by sending a copy via email Andrew Pak of Perkins Coie, outside counsel for Meta, who had agreed to accept service on behalf of Meta and confirmed that he had done so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true Executed in San Francisco California on September 29, 2025

___[s]_____

Joshua Koltun

- 2 -

Declaration of Joshua Koltun