| | |
|---|---|
| JACOB SNOW (CA Bar No. 285075)<br>jsnow@aclunc.org<br>MATTHEW T. CAGLE (CA Bar No. 286101)<br>mcagle@aclunc.org<br>NICOLAS A. HIDALGO (CA Bar No. 339177)<br>nhidalgo@aclunc.org<br>CHESSIE THACHER (CA Bar No. 296767)<br>cthacher@aclunc.org<br>ANGELICA SALCEDA (CA Bar No. 296152)<br>asalceda@aclunc.org<br>GRAYCE ZELPHIN (CA Bar No. 279112)<br>gzelphin@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>*Attorneys for Movant J. Doe in 3:25-mc-80286-TSH* | LAUREN REGAN, *pro hac vice* to be filed<br>(OR Bar No. 970878)<br>lregan@cldc.org<br>MATTHEW KELLEGREW, N.D. California<br>federal admission pending (CA Bar No. 296166)<br>mkellegrew@cldc.org<br>CIVIL LIBERTIES DEFENSE CENTER<br>1711 Willamette St. Ste 301, #359<br>Eugene, OR 97401-4593<br>Telephone: (541) 687-9180<br><br>*Attorneys for Movant John Doe in 4:25-mc-80284-KAW*<br><br>JOSHUA KOLTUN (CA Bar No. 173040)<br>joshua@koltunattorney.com<br>One Sansome Street<br>Suite 1400, No. 2544<br>San Francisco, California 94104<br>Telephone: (415) 680-3410<br><br>*Attorney for Movant Doe/LBRRN in 3:25-mc-80288-AGT* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105*<br><br>JOHN DOE,<br>    Movant,<br>    v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent.<br>———————————————<br>J. DOE,<br>    Movant,<br>    v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent.<br>———————————————<br>DOE/LBRRN,<br>    Movant,<br>    v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent. | Case No.: 4:25-mc-80284-KAW<br>*(related case)*<br><br>Case No.: 3:25-mc-80286-TSH<br>*(case to be considered for relation)*<br><br>Case No.: 3:25-mc-80288-AGT<br>*(case to be considered for relation)*<br><br>**MOVANTS' NOTICE OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12(b) AND 7-11** |

# NOTICE OF MOTION

Pursuant to Local Rule 3-12(b), Movants Doe, J. Doe, and Doe/LBRRN ("Movants") hereby give notice that they have filed an Administrative Motion to Consider Whether Cases Should be Related ("Motion to Relate") so as to relate the above-captioned matter to *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284, which was filed on September 18, 2025. Pursuant to Local Rule 3-12(b), the Motion to Relate was filed in the lowest-numbered case, *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284. Movants hereby lodge with this Court as **Exhibit A** hereto a courtesy copy of the Motion to Relate.

Dated: September 30, 2025              Respectfully submitted,

*/s/ Jacob Snow*
Jacob A. Snow (CA Bar No. 285075)
Matthew T. Cagle (CA Bar No. 286101)
Nicolas A. Hidalgo (CA Bar No. 339177)
Chessie Thacher (CA Bar No. 296767)
Angelica Salceda (CA Bar No. 296152)
Grayce Zelphin (CA Bar No.279112)

*Attorneys for Movant J. Doe*

*/s/ Lauren Regan*
Lauren Regan, *pro hac vice* to be filed
(OR Bar No. 970878)
Matthew Kellegrew, N.D. California federal admission pending (CA Bar No. 296166)

*Attorneys for Movant John Doe*

*/s/ Joshua Koltun*
Joshua Koltun (CA Bar No. 173040)

*Attorney for Movant Doe/LBRRN*

## L.R. 5-1 ATTESTATION

I, Jacob Snow, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Jacob Snow*
Jacob Snow