1  JACOB SNOW (CA Bar No. 285075)
   jsnow@aclunc.org
2  MATTHEW T. CAGLE (CA Bar No. 286101)
   mcagle@aclunc.org
3  NICOLAS A. HIDALGO (CA Bar No. 339177)
   nhidalgo@aclunc.org
4  CHESSIE THACHER (CA Bar No. 296767)
   cthacher@aclunc.org
5  ANGELICA SALCEDA (CA Bar No. 296152)
   asalceda@aclunc.org
6  GRAYCE ZELPHIN (CA Bar No. 279112)
   gzelphin@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
8  CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, CA 94111
   Telephone: (415) 621-2493
10
   *Attorneys for Movant J. Doe in 3:25-mc-80286-*
11 *TSH*

LAUREN REGAN, *pro hac vice* to be filed
(OR Bar No. 970878)
lregan@cldc.org
MATTHEW KELLEGREW, N.D. California
federal admission pending (CA Bar No. 296166)
mkellegrew@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Telephone: (541) 687-9180

*Attorneys for Movant John Doe in 4:25-mc-*
*80284-KAW*

JOSHUA KOLTUN (CA Bar No. 173040)
joshua@koltunattorney.com
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: (415) 680-3410

*Attorney for Movant Doe/LBRRN in 3:25-mc-*
*80288-AGT*

12

13  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**

14  *In the Matter of the Subpoena Number*
15  *FY25-ELC-0105*

    JOHN DOE,
16
                Movant,
17
           v.
18  THE UNITED STATES DEPARTMENT OF
    HOMELAND SECURITY,
19
                Respondent.
20  _____
    J. DOE,
21
                Movant,
22
           v.
23  THE UNITED STATES DEPARTMENT OF
    HOMELAND SECURITY,
24
                Respondent.
25  _____
    DOE/LBRRN,
26
                Movant,
27
           v.
28  UNITED STATES DEPARTMENT OF
    HOMELAND SECURITY,

                Respondent.

Case No.: 4:25-mc-80284-KAW
*(related case)*

Case No.: 3:25-mc-80286-TSH
*(case to be considered for relation)*

Case No.: 3:25-mc-80288-AGT
*(case to be considered for relation)*

**ORDER RE: JOINT**
**ADMINISTRATIVE MOTION TO**
**CONSIDER WHETHER CASES**
**SHOULD BE RELATED, PURSUANT**
**TO CIVIL L.R. 3-12(b) AND 7-11**

1

**ORDER**

2        Movants in *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284, *Doe v.*

3   *Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080286, and *Doe/LBRRN v. Department*

4   *of Homeland Security*, N.D. Cal. Case No. 25-mc-080288, have filed an administrative motion to

5   consider whether the cases should be related (the "Motion to Relate"). The Court, having considered the

6   motion, hereby grants the Motion to Relate.

7        IT IS SO ORDERED.

8

9

10

11  Dated: <u>October 17, 2025</u>

12

13  _____

14  Kandis A. Westmore

    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER RE: JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE

1                                                              Case No. 4:25-mc-80284-KAW