1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
3 | Chief, Civil Division

4 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
5 | Telephone: (415) 436-7200
Facsimile: (415) 436-6748
6 | pamela.johann@usdoj.gov

7 | Attorneys for Respondent

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | In the matter of the Subpoena No. FY25-ELC-
0105

13 | 
JOHN DOE,

14 | 
15 |      Movant,

16 |    v.

17 | UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

18 |      Respondent.

19 |

20 | In the matter of the Subpoena No. FY25-ELC-
0105

21 | J. DOE,

22 |      Movant,

23 |    v.

24 | UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

25 | 
26 |      Respondent.

27

28

Case No. 3:25-mc-80284-JD

**STIPULATION REGARDING MOTIONS TO QUASH; [PROPOSED] ORDER**

Case No. 3:25-mc-80286-JD

STIPULATION RE MOTIONS TO QUASH
Nos. 25-mc-80284-JD; 25-mc-80286-JD; 25-mc-80288-JD

1

| | |
|---|---|
| DOE/LBRRN | ) Case No. 3:25-mc-80288-JD |
| Movant, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) |
| Respondent. | ) |

1.      These three miscellaneous cases ("*Doe 1*," 25-mc-80284; "*Doe 2*," No. 25-mc-80286; and "*Doe 3*," 25-mc-80288) seek to quash an administrative subpoena issued by Respondent United States Department of Homeland Security ("DHS") to Meta Platforms, Inc., Subpoena No. FY25-ELC-0105 (the "Subpoena"). *Doe 2* and *Doe* 3 were related to *Doe 1* by an Order dated October 17, 2025. *Doe 1*, Dkt. No. 11.

2.      On November 4, the Court granted the parties' stipulation regarding a briefing schedule for the motions to quash in these three cases. Dkt. No. 20. Pursuant to that order, Respondent's responses to the motions to quash are due November 25, 2025, and Movants' replies are due December 11, 2025. The motions are set for hearing on January 8, 2026, at 10:00 a.m.

3.      Respondent represents that it has withdrawn the Subpoena.

4.      Accordingly, the parties request that the Court vacate the briefing schedule and hearing. The parties will meet and confer regarding next steps and will submit a further stipulation or status report by December 9, 2025.

IT IS SO STIPULATED.

DATED: December 2, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondent

STIPULATION RE MOTIONS TO QUASH
Nos. 25-mc-80284-JD; 25-mc-80286-JD; 25-mc-80288-JD                    2

1

2   DATED: December 2, 2025

3                                                    CIVIL LIBERTIES DEFENSE CENTER

4                                                    /s/ Lauren Regan
                                                     LAUREN REGAN

5                                                    Attorneys for Movant *Doe 1*

6   DATED: December 2, 2025

7                                                    AMERICAN CIVIL LIBERTIES UNION
                                                     FOUNDATION OF NORTHERN CALIFORNIA,
8                                                    INC.

9                                                    /s/ Jacob Snow
                                                     JACOB SNOW

10                                                   Attorneys for Movant *Doe 2*

11  DATED: December 2, 2025                          JOSHUA KOLTUN, ATTORNEY

12                                                   /s/ Joshua Koltun
13                                                   JOSHUA KOLTUN

14                                                   Attorneys for Movant *Doe 3*

15

16  *In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories
    listed herein concur in the filing of this document.

17

18

19                                    **[PROPOSED]** **ORDER**

20          Pursuant to stipulation, IT IS SO ORDERED. The briefing schedule for the motions to quash and

21  the hearing set for January 8, 2026, are vacated. A further stipulation or status report shall be filed by

22  December 9, 2025.

23          IT IS SO ORDERED.

24  Date:  December 2, 2025

25

26  _____
    JAMES DONATO
    United States District Judge

27

28