JACOB SNOW (CA Bar No. 285075)
jsnow@aclunc.org
MATTHEW T. CAGLE (CA Bar No. 286101)
mcagle@aclunc.org
NICOLAS A. HIDALGO (CA Bar No. 339177)
nhidalgo@aclunc.org
CHESSIE THACHER (CA Bar No. 296767)
cthacher@aclunc.org
ANGELICA SALCEDA (CA Bar No. 296152)
asalceda@aclunc.org
GRAYCE ZELPHIN (CA Bar No. 279112)
gzelphin@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Movant J. Doe in 3:25-mc-80286-JD ("J. Doe")*

LAUREN REGAN, *pro hac vice* (OR Bar No. 970878)
lregan@cldc.org
MATTHEW KELLEGREW (CA Bar No. 296166)
mkellegrew@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Telephone: (541) 687-9180

*Attorneys for Movant John Doe in 4:25-mc-80284-JD ("John Doe")*

JOSHUA KOLTUN (CA Bar No. 173040)
joshua@koltunattorney.com
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: (415) 680-3410

*Attorney for Movant Doe/LBRRN in 3:25-mc-80288-JD ("Doe/LBRRN")*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105*<br><br>JOHN DOE,<br>          Movant,<br>     v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>          Respondent. | Case No.: 3:25-mc-80284-JD<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| J. DOE,<br>          Movant,<br>     v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>          Respondent. | Case No.: 3:25-mc-80286-JD |
| DOE/LBRRN<br>          Movant,<br>     v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>          Respondent. | Case No.: 3:25-mc-80288-JD |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Movants J. Doe, John Doe, and Doe/LBRRN ("Movants") and Respondent, by and through their undersigned counsel, hereby stipulate to dismiss without prejudice all claims against Respondent in the above-captioned matters.

On September 18, 2025, Movants filed Motions to Quash in the above-captioned matters. On November 24, 2025, counsel for Respondent contacted counsel for Movants to advise that the U.S. Department of Homeland Security had withdrawn the subpoena.

On November 24, 2025, Respondent filed a stipulation with this court representing that it had withdrawn the subpoena.

On December 4, 2025, counsel for Meta Platforms, Inc. ("Meta") represented to Movants' counsel that Meta considered the subpoena at issue in these cases to be withdrawn.

Because the subpoena has now been withdrawn, Movants and Respondent stipulate and respectfully request that the Motions to Quash and the above-captioned miscellaneous actions be dismissed without prejudice.

Dated: December 9, 2025            Respectfully submitted,

/s/
Jacob Snow (CA Bar No. 285075)
Matthew T. Cagle (CA Bar No. 286101)
Nicolas A. Hidalgo (CA Bar No. 339177)
Chessie Thacher (CA Bar No. 296767)
Angelica Salceda (CA Bar No. 296152)
Grayce Zelphin (CA Bar No.279112)

*Attorneys for Movant J. Doe*

/s/
Lauren Regan, *pro hac vice* (OR Bar No. 970878)
Matthew Kellegrew (CA Bar No. 296166)

*Attorneys for Movant John Doe*

/s/
Joshua Koltun (CA Bar No. 173040)

*Attorney for Movant Doe/LBRRN*

STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)
Case Nos.: 4:25-mc-80284-JD, 3:25-mc-80286-JD, 3:25-mc-80288-JD

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/*
PAMELA T. JOHANN
*Assistant United States Attorney*

*Attorneys for Respondent*

**L.R. 5-1(i) ATTESTATION**

The filer of this document attests that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.